JOHN THOMY et al., Appellants, *v.* ALVAH E. BELCHER et al., Respondents.

*Thomy* v. *Belcher,* 155 App. Div. 877, affirmed.
(Argued October 28, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1913, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term. The relief sought is an injunction restraining the defendants, their successors and assigns from trafficking in liquors on a parcel of land formerly owned by the parties to the action as tenants in common, the possession of which had passed to the

defendants Belcher under a partition agreement. The plaintiffs contend that as a consideration for the partition agreement the defendants Belcher entered into a prior oral agreement not to traffic in liquors on the parcel in question while the plaintiff Thomy was engaged in that business on the adjoining property. The defense is (1) a denial of the oral agreement; (2) that there was a written agreement for partition giving defendants Belcher exclusive control of the parcel in question which cannot be varied by parol agreement.

*John A. Bernhard* for appellants.

*Charles B. Bechtold* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.